### 17204.   HOGAN *v.* THE STATE.

BROYLES, C. J. It appearing from the bill of exceptions and the record that the defendant's motion for a new trial was overruled on January 6, 1926, and that the bill of exceptions was presented to the trial judge on February 5, 1926, this court is without jurisdiction to entertain the case. *Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 12, 1926.

Conviction of manufacture of liquor; from Jones superior court —Judge Park. January 6, 1926.

*E. T. Dumas, J. B. Jackson,* for plaintiff in error.

*Joseph B. Duke, solicitor-general,* contra.

---

Criminal Law, 17 C. J. p. 147, n. 67 New.